**STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. _____**

JOSHUA J. LOPEZ,
and other similarly-situated individuals,

    Plaintiff,

v.

DADE COUNTY FEDERAL CREDIT UNION,

    Defendant.
   _____/

## NOTICE OF AND PETITION FOR REMOVAL

Defendant, Dade County Federal Credit Union ("Defendant"), by and through its undersigned counsel, and in accordance with the applicable Federal Rules of Civil Procedure and 28 U.S.C. §§ 1331, 1441, and 1446, hereby files this Notice of and Petition for Removal (the "Petition"). Defendant requests that the Court remove this action filed by Plaintiff, Joshua J. Lopez ("Plaintiff"), in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division. The removal of this action is based upon the following:

1. On or about May 31, 2020, Plaintiff filed a one-count Complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, entitled *Joshua J. Lopez, and other similarly-situated individuals v. Dade County Federal Credit Union* (the "Circuit Court case") asserting a violation of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") for unpaid overtime compensation. The Circuit Court case was assigned Case No. 2020-11468-CA-01.

CASE NO. _____

      2.      Because Plaintiff alleges a claim under the FLSA, this action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331.  Thus, this action is removable pursuant to 28 U.S.C. § 1441(a).

      3.      Plaintiff served the Defendant with a waiver of service form on June 30, 2020.  Defendant provided Plaintiff with a copy of the completed waiver of service form the same day.  Therefore, this Notice has been filed within thirty (30) days after Defendant received the pleading setting forth the claims for relief upon which this removal is based, as required by 28 U.S.C. § 1446(b).

      4.      As required by 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in the Circuit Court case are attached to this Petition as **<u>Exhibit 1</u>**.

      5.      Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly provide written notice of the removal to Plaintiff and will file a copy of this Petition in the Circuit Court in and for Miami-Dade County, Florida.

      6.      The United States District Court for the Southern District of Florida, Miami Division, includes the judicial county in which Plaintiff filed his Complaint.  Thus, removal is proper to this Court.

      WHEREFORE, Defendant, Dade County Federal Credit Union, respectfully requests that the United States District Court for the Southern District of Florida accept the removal of this action from the Circuit Court in and for Miami-Dade County, Florida and direct that the Circuit Court has no further jurisdiction of this matter unless and until this case is remanded.

Dated: July 13, 2020

CASE NO. _____

Respectfully submitted,

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone:   305-577-7600

*s/ Scott S. Allen*
Scott S. Allen, Esq.
Florida Bar No. 143278
E-mail:  *scott.allen@jacksonlewis.com*
Leslie Lagomasino Baum, Esq.
Florida Bar No. 1007655
E-mail: *leslie.baum@jacksonlewis.com*

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on July 13, 2020, on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Scott S. Allen*
Scott S. Allen, Esq.

## SERVICE LIST

Anthony M. Georges-Pierre, Esq.
Florida Bar No. 0533637
E-mail: *agp@rgpattorneys.com*
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida  33130
Telephone: (305) 416-5000

*Counsel for Plaintiff*

Scott S. Allen, Esq.
Florida Bar No. 143278
E-mail:  *scott.allen@jacksonlewis.com*
Leslie Lagomasino Baum, Esq.
Florida Bar No. 1007655
E-mail: *leslie.baum@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendant*