UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-22880-Civ-COOKE/GOODMAN

JOSHUA J. LOPEZ, *and other similarly-situated individuals,*

    Plaintiff,

vs.

DADE COUNTY FEDERAL CREDIT UNION,

    Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before me upon U.S. Magistrate Judge Jonathan Goodman's Report and Recommendations on FLSA Settlement ("Report") (ECF No. 25). The Court referred the parties' Joint Motion to Approve FLSA Settlement ("Motion") (ECF No. 20) to Judge Goodman pursuant to 28 U.S.C. § 636(b)(1)(A). *See* ECF No. 21.

Judge Goodman recommends I find the parties' settlement agreement to be fair and reasonable, approve the settlement, and dismiss this action with prejudice. Judge Goodman also recommends this Court retain jurisdiction to enforce the terms of the parties' settlement. Neither party objected to Judge Goodman's Report and Recommendation and the time to do so has passed. After reviewing the Motion, Judge Goodman's Report, and the Settlement Agreement in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), I find Judge Goodman's Report clear, cogent, and compelling.

Accordingly, Judge Goodman's Report (ECF No. 25) is **AFFIRMED and ADOPTED** as Order of this Court. It is hereby **ORDERED and ADJUDGED** as follows:

1. The Court **GRANTS** the parties' Joint Motion to Approve FLSA Settlement (ECF No. 20);
2. The Parties' Settlement Agreement is **APPROVED**;
3. This case is **DISMISSED** *with prejudice*; and
4. This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

**DONE and ORDERED** in chambers, at Miami, Florida, this 23rd day of November 2020.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*